IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,           )
                                    )
            v.                      ) Criminal No. 05-33
                                    )
JAMES R. PODOMIK,                   )
        Defendant.                  )

                                 ORDER
_____

        AND NOW, this 11th day of December, 2008, the Court

having been advised that the above defendant wishes to

change his plea of not guilty, entered March 1, 2005,

IT IS HEREBY ORDERED that a hearing on defendant's

change of plea is set for Friday, January 9, 2009 at

2 p.m. in Courtroom #3A, 3rd floor, United States

Courthouse, Pittsburgh, Pennsylvania.


                            BY THE COURT:


                            s/Gary L. Lancaster          ,J.
                            The Honorable Gary L. Lancaster,
                            United States District Judge


cc:   Michael L. Ivory,
      Assistant United States Attorney

      Jay J. Finkelstein,
      Assistant Federal Public Defender

      U.S. Marshal

      U.S. Pretrial Services

      U.S. Probation